UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUDEX BARREAU and LAURITRA POLISCA
BARREAU,

                Plaintiffs,

-against-

UNITED STATES OF AMERICA, SCOTT BOSWELL,
Chief of Consular Section, U.S. Embassy in Haiti, and
MICHELE J. SISON, United States Ambassador to Haiti,

                Defendants.*
------------------------------------------------------------------X

**ORDER TO SHOW CAUSE**
20-CV-863 (DG)

DIANE GUJARATI, United States District Judge:

Upon the complaint for writ of mandamus filed February 18, 2020, it is ORDERED that:

1. The United States Attorney, as attorney for Defendants, is directed to show cause on or before March 15, 2021, in writing, why a writ of mandamus should not be issued, and shall serve a copy of the response on Plaintiffs, with proof of such service to the Clerk of this Court.

2. On or before April 14, 2021, Plaintiffs shall file a reply, if any, with proof of service to the Clerk of Court.

3. Oral argument shall be heard on May 14, 2021 at 1:00 p.m. before Judge Diane Gujarati by teleconference (1-877-336-1839; access code 2643682).

SO ORDERED.

                                            */s/ Diane Gujarati*
                                            DIANE GUJARATI
                                            United States District Judge

Dated: January 15, 2021
       Brooklyn, New York

---

\* The Clerk of Court is respectfully directed to amend the caption to correct a typographical error as set forth above.

1